# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00122-CV

### Metroplex Skirting Decks & More, L.L.C., Appellant

### v.

### Texas Mutual Insurance Company, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. GN201736, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Metroplex Skirting Decks & More, L.L.C. filed with this Court a motion to dismiss, informing this Court that the parties have reached a complete and final settlement of all matters raised in the lawsuit. Accordingly, we grant the motion and dismiss the appeal pursuant to the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(1).

 

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant's Motion

Filed: August 29, 2003